No. 3259
Second Circuit

CAMMILL v. AMERICIAN CREOSOTE WORKS, INC.

(December 19, 1928. Opinion and Decree.)

John J. Peters, of Winnfield, attorney for plaintiff, appellee.

R. W. Oglesby, of Winnfield, attorney for defendant, appellant.

PER CURIAM. When this case was reached for argument, counsel, on both sides, stated in open court that an agreement had been reached that a lump sum should be paid by defendant in settlement of the demands of plaintiff.

This court having no jurisdiction to grant judgment ordering lump sum settlement, it is therefore ordered that the case be remanded to the lower court in order that that court may take the necessary steps with reference to such lump sum settlement as may be agreed upon by the parties.